**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Saul MARTINEZ–PEREZ,**
**Defendant–Appellant.**

**No. 10–40328**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 20, 2012.

Mary Jane Harmon, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Assistant Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before BENAVIDES, STEWART, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Saul Martinez–Perez appeals from his conviction of illegal reentry following removal. He contends solely that his attempted murder conviction did not constitute a crime of violence for the purpose of the 16–level adjustment to his offense level under U.S.S.G. § 2L1.2(b)(1)(A)(ii) (2009) because Texas's general attempt statute requires an act amounting to more than mere preparation and is therefore broader than the generic meaning of attempt. Martinez–Perez's contention is foreclosed by *United States v. Sanchez*, 667 F.3d 555, 560, 563–66 (5th Cir.2012).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.